UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY COOPER,

                Plaintiff,

    - against -

ALLIED BARTON SECURITY SERVICES
and NEW YORK CITY DEPT. OF
CITYWIDE ADMINISTRATIVE
SERVICES,

                Defendants.

**ORDER**

08 Civ. 10669 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Pursuant to Plaintiff's request for an extension of time to file his opposition

papers in response to Defendants' motions for summary judgment, Plaintiff's opposition papers

are now due by December 13, 2009 and Defendants' reply papers, if any, are due by December

30, 2009.

Dated: New York, New York
       November 13, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09

1